**FILED**

05/14/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0138

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## SUPREME COURT CAUSE NO. DA 24-0138

|  |  |
|---|---|
| **The Estate of William Harris III,**<br><br>    **Counter-Plaintiff and Appellant,**<br><br>v.<br><br>**Michael Reilly,**<br><br>    **Counter-Defendant and Appellee.** | **ORDER GRANTING APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF** |

Pursuant to the Unopposed Motion for Extension of Time to File Opening Brief filed by Appellant The Estate of William Harris III, and good cause appearing therefrom,

IT IS HEREBY ORDERED, that Appellant shall have up to and including June 12, 2024, within which to file and serve his opening brief.

Dated this _____ day of May, 2024.

_____
Clerk of the Supreme Court

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 14 2024